UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES AND MICHAEL J. FORDE, AS EXECUTIVE
SECRETARY-TREASURER, DISTRICT COUNCIL FOR
NEW YORK CITY AND VICINITY, UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF AMERICA
                                          Plaintiffs,
                    -against-

ACTIVE GLASS CORP.,
                                          Defendant.
------------------------------------------------------------------X

07 CV 9568 (GEL)
ECF CASE

**ORDER TO SHOW CAUSE
FOR DEFAULT
JUDGMENT AND ORDER**



UPON the annexed affidavit of Andrew GraBois, Esq. sworn to the 3rd day of January, 2008 and all of the proceedings had herein, let Defendant Active Glass Corp. appear before Judge Gerard E. Lynch at this Federal Courthouse, Courtroom 6-B, located at 500 Pearl Street, New York, NY, 10007 on the 6th day of February, 2008 at __ o'clock in the forenoon/afternoon of that day or as soon thereafter as the parties can be heard, to show cause why a Default Judgment and Order should not be entered against Active Glass Corp. and in favor of plaintiffs, confirming an arbitration award dated Septebmer 21, 2007 against the Defendant, and awarding attorneys' fees and costs arising out of this action.

Sufficient cause therefore appearing, let service of a copy of this Order, together with the affidavit annexed hereto, on the Defendant by way of first class mail on or before __5:00__ P.M. on the __14th__ day of __January__, 2008 be deemed good and sufficient service; answering papers, if any, shall be served and filed on or before __January 29__ 2008; courtesy copies of all papers shall be sent to Chambers on the same day they are filed.

Dated: New York, New York
       Jan. 8, 2008

_____
Honorable Gerard E. Lynch
United States District Judge