STATE OF NEW YORK         )
                          :SS.:
COUNTY OF NEW YORK        )

IAN K. HENDERSON, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York. On the 9th day of January, 2008, I served plaintiffs' proposed **ORDER TO SHOW CAUSE with SUPPORTING DOCUMENTATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:    Active Glass Corp.
       4305 Third Avenue
       Bronx, NY 10457

                                                    _____
                                                    IAN K. HENDERSON

Sworn to before me this
9th day of January, 2007

_____
NOTARY PUBLIC

NICHOLAS HANLON
Notary Public, State of New York
No. 02HA6167368
Qualified in Westchester County
Commission Expires May 29, 2011